## 50559. BOYLSTON v. THE STATE.

QUILLIAN, Judge.

The evidence in the present case was sufficient to support the verdict.

The overruling of the motion for a new trial was not error.

*Judgment affirmed. Pannell, P. J., and Clark, J., concur.*

SUBMITTED MAY 7, 1975 — DECIDED JUNE 6, 1975.

*B. L. Spruell, K. Reid Berglund,* for appellant.

*Lewis R. Slaton, District Attorney, Carter Goode, R. David Petersen, William M. Schiller, Assistant District Attorneys,* for appellee.

## 50669. HILEA v. COLONIAL STORES, INC.

QUILLIAN, Judge.

Under the rulings of the Supreme Court and this court, a claim filed on October 9, 1974, to recover damages resulting from a personal injury which occurred on October 9, 1972, is barred by the statute of limitation. *Dowling v. Lester,* 74 Ga. App. 290 (1) (39 SE2d 576); *Davis v. U. S. F. & G. Co.,* 119 Ga. App. 374 (167 SE2d 214); *Peterson v. Georgia R. & Bkg. Co.,* 97 Ga. 798 (25 SE 370).

*Judgment affirmed. Pannell, P. J., and Webb, J., concur.*

ARGUED MAY 8, 1975 — DECIDED JUNE 6, 1975.

*R. M. McDuffee,* for appellant.

*Brannen, Wessels & Searcy, Perry Brannen, Jr.,* for appellee.